UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24412-CIV-MARTINEZ/GOODMAN

JORGE FERNANDEZ, LAZARRO GUTIERREZ, LUIS CARBALLO, and all others similarly situated pursuant to 29 U.S.C. 216(b),

    Plaintiffs,

vs.

CUSTOM CONTROLS TECHNOLOGY, INC., a Florida Corporation, and GARARDO GALLO, individually,

    Defendants.
_____/

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Approval of Parties' Settlement Agreement, and Dismissal with Prejudice. Having reviewed the Parties' motion, and reviewed the Parties' settlement agreement, it appears to the Court that due cause exists to grant this motion, approve the settlement agreement and dismiss the case with prejudice with the Court to retain jurisdiction to enforce the terms of the Agreement. Therefore, it is hereby

**ORDERED AND ADJUDGED** that the settlement agreement is hereby **APPROVED** by the court and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the agreement and each party to bear its own costs and attorney's fees, except as otherwise stated in the Settlement Agreement. All pending motions are denied as moot. This case is closed.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, this _____ day of March 2016.

                                                                         _____
                                                                         **JOSE E. MARTINEZ**
                                                                         **UNITED STATES DISTRICT JUDGE**

cc: counsel of record