UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 15-24412-CIV-MARTINEZ-GOODMAN**

JORGE FERNANDEZ, LAZARRO, et al.,
    Plaintiffs,

vs.

CUSTOM CONTROLS TECHNOLOGY, INC.,
et al.,
    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice (the "Joint Motion") [ECF No. 22]. The parties submitted their Settlement Agreement (the "Settlement Agreement") for *in camera* review. After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that it represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby:

**ORDERED and ADJUDGED** that

1. The parties' Joint Motion [ECF No. 22] is **GRANTED**.
2. The parties' Settlement Agreement is hereby **APPROVED**.
3. This action is **DISMISSED with prejudice** with the Court to retain jurisdiction to enforce the terms of the agreement and each party to bear its own costs and attorney's fees, except as otherwise stated in the Settlement Agreement
4. All pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of April, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record